Martie Lundahl
9 Old Kings Rd. N. Ste 123 #1133
Palm Coast, FL 32137

RECEIVED
USDC CLERK, COLUMBIA, SC
2026 NOV 16 P 2:37

1776 ★ 2026 USA FOREVER
1776 ★ 2026 USA FOREVER
1776 ★ 2026 USA FOREVER

Retail

U.S. POSTAGE PAID
FCM LG ENV
PALM COAST, FL 32137
NOV 09, 2026

UNITED STATES POSTAL SERVICE

29201

$0.00

RDC 99 0 Lb 2.30 Oz S2324A502015-99

Clerk of Court
Matthew J. Perry, Jr.
United States Courthouse
901 Richland Street, Suite 1300
Columbia, SC 29201

JN
11/16/26